United States Bankruptcy Court
Eastern District of New York

In re: Robert J. Losada, Debtor	Case No. 10-49216 cec
Chapter 13

## AMENDED CHAPTER 13 PLAN

1. Payments to the Trustee: The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of $1,030.00 monthly for a period of 42 months, then the sum of $1,233.00 for a period of 8 months, then the sum of $1,538.00 for a period of 2 months and then the sum of $1,986.00 for a period of 8 months.

   Total of plan payments: $72,088.00

2. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under non-bankruptcy law, or (b) discharge under 11 U.S.C. Sec. 1328.

   b. All priority creditors under 11 U.S.C. Sec. 507 shall be paid in full in deferred cash payments.

3. From the payments received under the plan, the trustee shall make disbursements as follows:

   a. Administrative Expenses:
      i. Trustee's Fee: 10.00%
      ii. Attorney's Fee (unpaid portion): $2,250.00 to be paid through the plan

   b. Priority Claims under 11 U.S.C. Sec. 507:

      None.

   c. Secured Claims:

      Current payments to Chase Home Finance, account number ending in 9820 for the mortgage on real property known as 74 Palm Road, Rocky Point, New York shall be paid by the debtor outside the plan.

4. Unsecured claims:

   Subsequent and/or concurrently with distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: PRO RATA distribution to all timely filed proofs of claim of not less than 30 per cent.

5. The following executory contracts of the debtor are rejected: NONE.

6. Property to Be Surrendered to Secured Creditor: None

7. During the pendency of this case, the debtor will provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

8. Title to the debtor's property shall revest with the debtor upon completion of plan, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

9. As used herein, the term "Debtor" shall include both debtors in a joint case.

Dated: October 18, 2010

                                    Signature: /s/ Robert J. Losada
                                               Robert J. Losada, Debtor

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
                                           Case No. 10-49216 cec
In re:                                     Chapter 13

     Robert J. Losada,


                        Debtor.
------------------------------------------x
```

CERTIFICATE OF SERVICE

      I, Allan R. Bloomfield, a member in good standing of the Bar of the State of New York, and an attorney admitted to practice before this Court, among others, hereby certify that on October 18, 2010, I caused a true copy of the Amended Chapter 13 Plan to be served by U.S. mail, postage pre-paid, on each of the following parties:

Michael J. Macco, Esq.
135 Pinelawn Road
Suite 120 South
Melville, New York 11747

United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201

Dated: October 18, 2010

                                      /s/ Allan R. Bloomfield
                                      Allan R. Bloomfield