UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:

    Robert J. Losada,

                 Debtor.

-------------------------------------------------------x

Case No. 09-49216 cec

Chapter 13

<u>AFFIDAVIT OF CONTRIBUTION</u>

State of New York  )
                       ) ss.:  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
County of Queens  )

JoAnn Losada, being duly sworn, deposes and says:

1. I am the wife of the debtor and reside at 22-63 23rd Street, Astoria, New York with the debtor. I am making this affidavit to evidence my contribution to his Chapter 13 plan.

2. I understand that the debtor has listed my income in his papers and that my contributions are necessary to the success of her Chapter 13 plan. Each month I will contribute all of my income to the debtor as is necessary to pay his Chapter 13 payments. I am able to make this payment and will do so for the duration of the plan. I know that this contribution is necessary for the successful completion of the debtor's plan.

3. As set forth in the debtor's Form 22C the only portion of my income that is not contributed to the debtor is the sum of $180.00 per month for cigarettes and $150.00 per month for my personal care items.

4. My income is derived from employment as a secretary at St. John's Prepartory School. My income is listed on Schedule I and in Form 22C of the papers filed by the debtor to initiate this case. The monthly income and expense statements contained in Schedules I and J filed by the debtor include both the debtor's and my incomes and expenses, and therefore include all household income and all expenses for both the debtor and myself, with the exception of the amounts for cigarettes and personal care items as noted above.

5. Attached hereto is one of my recent paychecks, which show that I have the income to contribute.

6. I am not obligated on any debts with the Chapter 13 debtor and have no debts of my own, so all of my income is available to fund the plan.

JoAnn Losada

Sworn to before me this

30th day of October 2010

Notary Public

WAHEEDA YOUSUFZAI
Notary Public - State of New York
NO. 01Y06212138
Qualified in Queens County
My Commission Expires 12/13/13

| CO. | FILE | DEPT. | CLOCK | NUMBER | 040 |
|---|---|---|---|---|---|
| LKF | 000872 | 004000 | | 0000097602 | 1 |

# Earnings Statement

**ADP**

ST. JOHNS PREPARATORY SCHOOL
21-21 CRESCENT STREET
LONG ISLAND CITY, NY 11105

Period Ending: 10/15/2010
Pay Date: 10/15/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  NY: 1
  New York Cit: 1

JOANN LOSADA
22-63 23 ST
ASTORIA, NY 11105

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 20.00 | 240.00 | 6,036.00 |
| Placemnt | | | | 72.00 |
| **Gross Pay** | | | **$240.00** | 6,108.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -14.88 | 378.70 |
| | Medicare Tax | -3.48 | 88.57 |
| | NY SUI/SDI Tax | -1.20 | 17.99 |
| | NY State Income Tax | | 59.48 |
| | New York Cit Income Tax | | 45.76 |
| | **Net Pay** | **$220.44** | |

Your federal taxable wages this period are $240.00

©1999, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

| CO. | FILE | DEPT. | CLOCK NUMBER | 040 |
|---|---|---|---|---|
| LKF | 000872 | 004000 | 0000097489 | 1 |

# Earnings Statement



Period Ending: 07/15/2010
Pay Date: 07/15/2010

ST. JOHNS PREPARATORY SCHOOL
21-21 CRESCENT STREET
LONG ISLAND CITY, NY 11105

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 1
    NY: 1
    New York Cit: 1

JOANN LOSADA
22-63 23 ST
ASTORIA, NY 11105

Social Security Number: XXX-XX-XXXX

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 12.00 | 144.00 | 5,310.00 |
| Placemnt | | | | 72.00 |
| **Gross Pay** | | | **$144.00** | 5,382.00 |

**Deductions**  Statutory

| | this period | year to date |
|---|---|---|
| Social Security Tax | -8.92 | 333.68 |
| Medicare Tax | -2.09 | 78.04 |
| NY SUI/SDI Tax | -0.72 | 15.49 |
| NY State Income Tax | | 54.16 |
| New York Cit Income Tax | | 41.67 |
| **Net Pay** | **$132.27** | |

Your federal taxable wages this period are $144.00



©1998, 2006. ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc.

▼ TEAR HERE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------x
In re:                                      Case No. 10-49216 cec
                                            Chapter 13
   Robert J. Losada,

                        Debtor.
-------------------------------------------x

## CERTIFICATE OF SERVICE

I, Allan R. Bloomfield, a member in good standing of the Bar of the State of New York, and an attorney admitted to practice before this Court, among others, hereby certify that on November 2, 2010, I caused a true copy of the Affidavit of Contribution to be served by U.S. mail, postage pre-paid, on each of the following parties:

Michael J. Macco, Esq.
135 Pinelawn Road
Suite 120 South
Melville, New York 11747

United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201

Dated: November 2, 2010

_____
Allan R. Bloomfield